# In the United States District Court
## for the Southern District of Georgia
### Brunswick Division

ANNETTE GREENE, individually
and on behalf of Estate of
Thomas Matthew Greene,

     Plaintiff,

v.

RON CORBETT, Glynn County
Undersheriff, in his
individual capacity, et al.,

     Defendants.

CV 222-126

## ORDER

Before the Court is Plaintiff Annette Greene's Notice of Voluntary Dismissal, no. 13, wherein she notifies the Court that she wishes to dismiss this action without prejudice.  The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment).  Accordingly, all claims asserted in this action are **DISMISSED without prejudice**.  Each party shall bear its own fees and costs.  Defendants' motion to dismiss, dkt. no. 11, and motion to stay, dkt. no. 12, are **DENIED as moot**.  The Clerk is **DIRECTED** to close this case.

    **SO ORDERED**, this ___ day of January, 2023.

                                    HON. LISA GODBEY WOOD, JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA